IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FLIGHT OPTIONS LLC, | ) | CASE NO. 1:16 CV 917 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | WILLIAM H. BAUGHMAN, JR. |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER SCHEDULING TELEPHONIC STATUS CONFERENCE**

Under Local Rule 16.3(d), the Honorable William H. Baughman, Jr., United States Magistrate Judge, will conduct a telephonic status conference on **April 25, 2019,** at **1:00 pm** Counsel are to contact the Court by **April 22, 2019,** at 216-357-7220 to obtain the call-in information to participate in the conference.

**Participation of Lead Counsel and Parties/Persons with Authority**

The parties and lead counsel are hereby ordered to participate in the telephonic status conference.  If a party is a legal entity, not an individual, a representative of the party with full settlement authority, as defined below, must participate in the conference.  The Court will not conduct a telephonic status conference without all lead counsel and parties or party representatives with full settlement authority participating.  In cases where a party requires authority from an insurer to settle the case, the party must ensure that a representative of the insurance company with full authority to settle the case participates in the conference.

For a plaintiff, "full authority" means final authority to dismiss the case with prejudice and to accept in settlement an amount or terms down to the defendant's last offer.  For a defendant, "full authority" means final authority to commit a defendant to pay, in the representative's own discretion, a settlement amount up to the plaintiff's last demand.

Failure of a party or party representative with full settlement authority to attend the conference may result in the imposition of sanctions.

### Conference Agenda

Counsel and the parties or representatives must be prepared to discuss the following matters at the status conference:

- Progress toward completing discovery and a firm schedule for the completion of discovery by the discovery cut-off date set in the case management plan and order,

- Settlement and ADR possibilities,

- The voluntary dismissal of any claims or defenses that a party does not intend to pursue for purposes of dispositive motions or trial,

- The setting of dates for the final pretrial conference and for trial, and

- Any special problems with the case that may have arisen since the case management conference.

Counsel must bring their calendars with them to the conference to facilitate discussion about and agreement on scheduling matters.

Counsel must personally consult about the above agenda items on or before **April 18, 2019**. If after such consultation they agree that discovery is proceeding on the schedule, that

more discovery is needed to permit meaningful evaluation of claims and defenses for settlement, and that no special problems exist in the case at the time, then they may file a joint motion to cancel the telephonic status conference. Such motion must be filed no later than **April 22, 2019**.

    IT IS SO ORDERED.

Dated: March 21, 2019                                          s/ William H. Baughman, Jr.
                                                                                         United States Magistrate Judge